FILED by KS  D.C.

Jun 8, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-60166-CR-RUIZ/STRAUSS**

CASE NO. _____

18 U.S.C. § 286
18 U.S.C. § 287
18 U.S.C. § 1341
18 U.S.C. § 2
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA,

vs.

HAYWARD WILLIAMS JR.,
a/k/a Hayward Williams,

        **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. Defendant **HAYWARD WILLIAMS JR., a/k/a Hayward Williams,** was a resident of Broward County, Florida.

2. Co-conspirator Danielle Takeila Edmonson was a resident of Broward County, Florida.

3. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury ("United States Treasury") responsible for enforcing and administering the tax laws of the United States and collecting taxes owed to the United States.

<u>**COUNT 1**</u>
**Conspiracy to Defraud the Government with Respect to Claims**
**(18 U.S.C. § 286)**

1. Paragraphs 1 through 3 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. From in or around January 2018, and continuing through on or about February 1, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**HAYWARD WILLIAMS JR.,**
a/k/a Hayward Williams,

did knowingly and willfully combine, conspire, confederate and agree with Danielle Takeila Edmonson and others known and unknown to the Grand Jury, to defraud the United States, and any department and agency thereof, that is, the United States Treasury and the IRS, by obtaining and aiding to obtain the payment and allowance of false, fictitious, and fraudulent claims, in violation of Title 18, United States Code, Section 286.

**PURPOSE OF THE CONSPIRACY**

3. It was the purpose of the conspiracy for the defendant and his co-conspirators to unjustly enrich themselves by submitting to the IRS false and fraudulent tax returns claiming entitlement to tax refunds, and receiving from the United States Treasury tax refund proceeds to which the defendant and his co-conspirators were not entitled.

**MANNER AND MEANS OF THE CONSPIRACY**

4. The manner and means by which the defendant and his co-conspirators sought to accomplish the object and purpose of the conspiracy included, among others, the following:

5. On or about April 11, 2018, **HAYWARD WILLIAMS JR., a/k/a Hayward Williams,** caused a false and fraudulent tax return in the name of "Hayward Williams" to be submitted to the IRS that reported fictitious interest income and fictitious federal income tax

withholding, and claimed a tax refund of approximately $243,861 to which no taxpayer was entitled.

6. On or about May 15, 2018, **HAYWARD WILLIAMS JR., a/k/a Hayward Williams**, caused the United States Treasury to issue a tax refund check payable to "Hayward Williams Jr." in the amount of $243,861.

7. On or about May 22, 2018, **HAYWARD WILLIAMS JR. a/k/a Hayward Williams**, and Danielle Takeila Edmonson signed a signature card to open at BB&T a bank account ending in 3931 in the name of "Hayward Williams Junior."

8. On or about May 22, 2018, **HAYWARD WILLIAMS JR., a/k/a Hayward Williams**, caused the deposit into the BB&T account ending in 3931 an IRS refund check payable to "Hayward Williams Jr." in the approximate amount of $243,861.

9. On or about May 30, 2018, **HAYWARD WILLIAMS JR., a/k/a Hayward Williams**, and Danielle Takeila Edmonson caused the withdrawal from the BB&T account ending in 3931 of approximately $143,700 through the purchase of cashiers' checks made payable to themselves and others.

10. On or about October 12, 2018, **HAYWARD WILLIAMS JR., a/k/a Hayward Williams**, caused a false and fraudulent tax return to be submitted to the IRS that reported fictitious interest income and fictitious federal income tax withholding, and claimed a tax refund of approximately $400,900 to which no taxpayer was entitled.

11. On or about February 1, 2019, **HAYWARD WILLIAMS JR., a/k/a Hayward Williams,** caused a false and fraudulent tax return to be submitted to the IRS that reported fictitious interest income and fictitious federal income tax withholding, and claimed a tax refund of approximately $3,436,634 to which no taxpayer was entitled.

All in violation of Title 18, United States Code, Section 286.

## COUNTS 2-4
### False, Fictitious, and Fraudulent Claims
### (18 U.S.C. § 287)

On or about the dates specified in each count below, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**HAYWARD WILLIAMS JR.,**
**a/k/a Hayward Williams,**

did knowingly make and present, and cause to be made and presented, with the Internal Revenue Service ("IRS"), an agency of the United States, materially false, fictitious, and fraudulent claims upon and against the IRS and the United States Treasury, that is, false income tax returns fraudulently claiming tax refunds in the amounts below, knowing such claims were false, fictitious, and fraudulent:

| COUNT | APPROXIMATE DATE OF FILING | FALSE CLAIM | APPROXIMATE REFUND CLAIMED |
|---|---|---|---|
| 2 | April 11, 2018 | 2017 income tax return | $243,861 |
| 3 | October 12, 2018 | 2017 income tax return | $400,900 |
| 4 | February 1, 2019 | 2018 income tax return | $3,436,634 |

In violation of Title 18, United States Code, Sections 287 and 2.

4

## COUNT 5
## Mail Fraud
## (18 U.S.C. § 1341)

From on or about April 11, 2018, through on or about February 1, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**HAYWARD WILLIAMS JR.,**
**a/k/a Hayward Williams,**

did knowingly, and with intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly cause to be delivered certain mail matter by United States Postal Service, according to the directions thereon.

### PURPOSE

It was the purpose and object of the scheme and artifice for the defendant to unjustly enrich himself by submitting false and fraudulent tax returns seeking large refunds to the IRS, causing the United States Treasury to mail a tax refund check to him, and then depositing the tax refund check to a bank account controlled by him for his own personal benefit.

### SCHEME AND ARTIFICE

The manner and means by which **HAYWARD WILLIAMS JR., a/k/a Hayward Williams,** sought to accomplish the purpose and object of the scheme and artifice included, among others, the following:

1. On or about April 11, 2018, **HAYWARD WILLIAMS JR., a/k/a Hayward Williams,** caused a false and fraudulent tax return in the name of "Hayward Williams" to be submitted to the IRS that reported fictitious interest income and fictitious federal income tax

withholding, and claimed a tax refund of approximately $243,861 to which no taxpayer was entitled.

5. On or about May 15, 2018, **HAYWARD WILLIAMS JR., a/k/a Hayward Williams**, caused the United States Treasury to mail through the United States Postal Service to an address in Fort Lauderdale, Florida a tax refund check payable to "Hayward Williams Jr." in the amount of $243,861.

6. On or about May 22, 2018, **HAYWARD WILLIAMS JR. a/k/a Hayward Williams,** and Danielle Takeila Edmonson signed a signature card to open a bank account at BB&T ending in 3931 in the name of "Hayward Williams Junior."

7. On or about May 22, 2018, **HAYWARD WILLIAMS JR., a/k/a Hayward Williams,** caused the deposit into the BB&T account ending in 3931 of an IRS refund check payable to "Hayward Williams Jr." in the approximate amount of $243,861, and subsequently used the proceeds from this check for his own personal benefit and the benefit of others.

## USE OF THE MAILS

8. On or about May 15, 2018, the defendant, **HAYWARD WILLIAMS JR. a/k/a Hayward Williams**, for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that they were false and fraudulent when made, did knowingly cause to be delivered certain mail matter by United States Postal Service, according to the directions thereon, that is, a tax refund check for approximately $243,861 payable to "Hayward Williams Jr." mailed from the United States Treasury to an address in Fort Lauderdale, Florida, in violation of Title 18, United States Code, Section 1341 and 2.

## FORFEITURE
## (18 U.S.C. § 981(a)(1)(C))

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **HAYWARD WILLIAMS JR., a/k/a Hayward Williams**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1341, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of such violation pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
DAVID A. SNIDER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

HAYWARD WILLIAMS JR.
a/k/a Hayward Williams

_____Defendant._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [✓] FTL
- [ ] WPB
- [ ] FTP

New defendant(s) [ ] Yes [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days       [✓]
   - II  6 to 10 days      [ ]
   - III 11 to 20 days     [ ]
   - IV  21 to 60 days     [ ]
   - V   61 days and over  [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
Thomas J. Mulvihill for
David A. Snider
Assistant United States Attorney
Court ID No.    A5502260

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: HAYWARD WILLIAMS JR., a/k/a Hayward Williams

Case No.

**Count # 1**

Conspiracy to Defraud the Government with Respect to Claims

Title 18, United States Code, Section 286

*Max. Penalty: Ten (10) years' imprisonment

**Counts # 2-4**

False, Fictitious, and Fraudulent Claims

Title 18, United States Code, Section 287

*Max. Penalty: Five (5) years' imprisonment, as to each count

**Count # 5**

Mail Fraud

Title 18, United States Code, Section 1341

*Max. Penalty: Twenty (20) years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeiture that may be applicable.